# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Gary K. Gartin,

    Plaintiff,

v.                                           Case No. 2:12–cv–281

Commissioner of Social Security,         Judge Michael H. Watson
                                                   Magistrate Judge Kemp

    Defendant.

## ORDER

On February 5, 2013, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded to the Commissioner of Social Security for further consideration of the treating physician's opinion.  Report and Recommendation 14, ECF No. 15.

Although the parties were advised of their right to object to the recommendation within fourteen days and of the consequences of their failure to do so, no objections to the Report and Recommendation have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's statement of errors is sustained to the extent that this case is remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT